IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02843-RPM-MJW

DIEGO HERNANDEZ

   Plaintiff,

v.

ALTERNATIVE REVENUE SYSTEMS, INC. and
DOES 1-10, inclusive,

   Defendants.

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to the offer of judgment served by the defendant on November 20, 2012, and the acceptance of the offer filed November 26, 2012 with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the plaintiff Diego Hernandez and against Alternative Revenue Systems Inc., and Does 1-10, inclusive, in the amount of $1,002.00, inclusive of costs and reasonable attorneys' fees accrued to date. **An award for costs and reasonable attorneys' fees cannot be determined by the clerk independently from the court, absent a bill of costs submitted to the court and a motion for attorneys' fees.** *See* **Fed. R. Civ. P. 54(d)(1) and (2), and 68[1]; <u>OR, absent a stipulation – signed by both counsel regarding the amounts for costs</u>**

---

[1] **Rule 68. Offer of Judgment**

(a) Making an Offer; Judgment on an Accepted Offer. At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment **on specified terms**, with the costs then accrued.

**and attorneys' fees – together with a stipulation to amend the judgment entered under Rule 68.**  It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of <u>0.17</u>%from the date of entry of judgment.

    DATED at Denver, Colorado this   <u>26th</u>   day of  November, 2012.

                        JEFFREY P. COLWELL,  CLERK

                        By:   s/ Edward P. Butler
                              Edward P. Butler, Deputy Clerk